## DANIELS, Respondent, v. ST. LOUIS & SAN FRANCISCO RAILROAD COMPANY, Appellant.

**St. Louis Court of Appeals, March 31, 1908.**

RAILROADS: Killing Stock: Jurisdiction. In an action instituted before a justice of the peace against a railroad company for damages for killing plaintiff's steer, where there was no evidence to show that the animal was killed in the township where the suit was brought or in an adjoining township, the cause must be reversed and remanded.

Appeal from New Madrid Circuit Court.—*Hon. Henry C. Riley*, Judge.

REVERSED AND REMANDED.

*L. F. Parker, W. F. Evans* and *Moses Whybark* for appellant.

*J. V. Conran* for respondent.

GOODE, J.—In this case, instituted before a justice of the peace, for double damages for the killing of a steer, the record contains no evidence to prove the animal was killed in the township where the suit was brought or in an adjoining one. The township of the casualty was not proved, and for this reason the judgment must be reversed and the cause remanded. [Backenstoe v. Railroad, 86 Mo. 492.] All concur.